NEW YORK AIR TERMINALS, INCORPORATED, PROSECU-
TOR, v. JOHN J. McGOVERN, CLERK OF THE COUNTY
OF HUDSON, AND ERIE TERMINALS RAILROAD COM-
PANY, DEFENDANTS.

Argued December 12, 1929—Decided December 19, 1929.

Before Justices TRENCHARD, LLOYD and CASE.

For the prosecutor, *Mark A. Sullivan.*

For the defendants, *Robert J. Bain.*

PER CURIAM.

We consider that the question whether or not section 13 of
*Pamph. L.* 1914, *p.* 490, authorizes the taking by condemna-
tion of the land of the prosecutor, is a fairly debatable ques-
tion, and that the prosecutor is entitled to its writ in order
that the matter may be fully and formally presented, heard
and decided.

We also consider that the question whether or not the prose-
cutor is estopped by its failure to object to the appointment
of the commissioners until the testimony had been taken, in
large part, before the commissioners, is likewise a fairly de-
batable question where, as here, the prosecutor contends that
there is no "legal foundation for the taking," to use the
language of *Slocum* v. *Township of Neptune,* 68 *N. J. L.* 595,
the case cited by the defendant railroad.

The writ will be granted, and a draft of it should be pre-
sented promptly for formal allowance to Mr. Justice Case.
It should be made returnable ten days after the date of al-
lowance, and the allowance of the writ is to be upon the con-
dition that it be brought on for argument at the next ensuing
term of the court.